# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BENJAMIN F. BRADSHAW,<br><br>　　　　　Defendant. | Case No. 1:14-mj-00217-SAB<br><br>ORDER PARTIALLY GRANTING REQUEST AND PERMITTING DEFENDANT TO APPEAR VIA VIDEO TELECONFERENCE AT MAY 7, 2015 HEARING<br><br>ECF NO. 11 |

　　　　On April 24, 2015, Defendant Benjamin F. Bradshaw filed a Request for Rule 43 Waiver for Defendant. (ECF No. 11.) Defendant requests that he be permitted to appear via telephone for a change of plea and sentencing hearing on May 7, 2015. Alternatively, Defendant requests an appearance by video teleconference. Defendant informs the Court that he is currently living near Ogden, Utah due to a family emergency and normally lives in Nevada. Defendant further informs the Court that he has limited income and cannot afford a trip to Fresno.

　　　　In light of Defendant's request and circumstances, Defendant's request to appear by telephone is denied. However, the Court grants Defendant's request to appear via video teleconference which is compatible with the court's video conferencing system. If Defendant chooses to appear by video teleconference, Defendant's counsel must contact the Court at least two days prior to the hearing to set up the video teleconference.

///

Based upon the foregoing, it is HEREBY ORDERED that:

1. Defendant's April 24, 2015 request is PARTIALLY GRANTED;
2. Defendant's request to appear by telephone is DENIED;
3. Defendant's request to appear by video teleconference is GRANTED.

IT IS SO ORDERED.

Dated: **April 29, 2015**

UNITED STATES MAGISTRATE JUDGE