HEATHER E. WILLIAMS, CA SBN 122664
Federal Defender
MEGAN T. HOPKINS, CA SBN 294141
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
BENJAMIN BRADSHAW

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 1:14-mj-00217-SAB ) |
| v. | ) MOTION TO MODIFY CONDITIONS OF ) PROBATION AND TO EXTEND TERM OF |
| BENJAMIN BRADSHAW, | ) PROBATION PURSUANT TO 18 U.S.C. ) §§ 3563(c) AND 3564(d) AND TO CONTINUE |
| Defendant. | ) REVIEW HEARING; ORDER ) ) |

Defendant Benjamin Bradshaw, by through his counsel, Assistant Federal Defender Megan Hopkins, hereby moves to modify the conditions of his probation and to extend the term of probation pursuant to 18 U.S.C. §§ 3563(c) and 3564(d).  Mr. Bradshaw further requests that the Court continue the April 7, 2016 review hearing.

On May 7, 2015, Mr. Bradshaw pled guilty to operating a motor vehicle while under the influence of alcohol pursuant to a plea agreement with the government.  The Court placed Mr. Bradshaw on unsupervised probation for 12 months, with the conditions that he pay a $260.00 monetary penalty, perform 100 hours of community service, and complete the Nevada DUI Offender Program.

Mr. Bradshaw enrolled in the Nevada DUI Offender Program in early September, 2015 and is close to completing the program.  Between May 2015 and the present, Mr. Bradshaw has made monthly payments toward his fine as ordered, and is able to begin paying more towards his fine now that one of his monthly expenses, a loan payment, is no longer outstanding.  However, Mr. Bradshaw is unable to perform the community service due to multiple physical disabilities.

Mr. Bradshaw suffers from hypertension, knee injuries, back injuries and post-traumatic stress disorder. He attempted to work for the Salvation Army to comply with the community service requirement, but within the first 30 minutes of work became very ill, out of breath, and could not continue.

Therefore, Mr. Bradshaw respectfully requests that this Court modify the terms of his probation and convert 100 hours of community service to a fine of $1000.00. Mr. Bradshaw further requests that the Court extend his term of unsupervised probation for 12 months to give him time to pay the total fine amount and continue the April 7, 2016 review hearing to April 6, 2017.

                        Respectfully submitted,

                        HEATHER E. WILLIAMS
                        Federal Defender

Date: November 23, 2015         */s/ Megan T. Hopkins*
                        MEGAN T. HOPKINS
                        Assistant Federal Defender
                        Attorney for Defendant
                        BENJAMIN BRADSHAW

# **O R D E R**

**IT IS SO ORDERED.** Good cause appearing and pursuant to 18 U.S.C. § 3563(c), the Court hereby modifies the conditions of Mr. Bradshaw's term of unsupervised probation as follows: 100 hours of community service shall be converted to an additional $1,000.00 fine. Pursuant to 18 U.S.C. § 3563(d), the Court hereby extends the term of Mr. Bradshaw's term of unsupervised probation for an additional 12 months, to expire May 6, 2017. Defendant shall increase his monthly payments to $ 75.00 per month, effective January 15, 2016 and shall continue to make such monthly payments until all financial obligations are paid in full.

The review hearing currently scheduled for April 7, 2016 at 10:00 a.m. shall remain in place but defendant is ordered to provide a status report 14 days prior to the hearing.

IT IS SO ORDERED.

Dated:   **December 17, 2015**

UNITED STATES MAGISTRATE JUDGE