# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:14-mj-00217-SAB |
| ) | |
| Plaintiff, ) | **DEFENDANT'S STATUS REPORT ON** |
| v. ) | **UNSUPERVISED PROBATION** |
| ) | |
| BENJAMIN F. BRADSHAW, ) | |
| ) | |
| Defendant. ) | |
| ) | |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

**Convicted of:** Operating a motor vehicle with a blood or breath alcohol concentration of more than 0.08

**Sentence Date:** May 7, 2015 (modified on December 17, 2015)

**Review Hearing Date:** April 6, 2016

**Probation Expires On:** May 6, 2017

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $1,260 which Total Amount is made up of a Fine: $1,250 Special Assessment: $10 Processing Fee: $ Choose an item. Restitution: $

☒ Payment schedule of $75 per month by the 15th of each month (prior to January 15, 2016, it was a payment schedule of $25 per month by the 15th of each month)

☐ **Community Service hours Imposed of:**

☒ **Other Conditions:** Complete a first-time DUI offender course in Nevada

## *COMPLIANCE:*

☐ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**Otherwise:**

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☒ To date, Defendant has paid a total of $400
☐ If not paid in full when was last time payment: Date: 3/10/2016
Amount: $75

☐ To date, Defendant has performed Click here to enter text. hours of community service.

☒ Compliance with Other Conditions of Probation: Defendant has completed the first-time DUI offender course in Nevada.

CAED (Fresno)- Misd. 6 (Rev. 11/2014)

*GOVERNMENT POSITION:*

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney: */s/ Katherine A. Plante*

*DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 4/6/2016 at 10:00 a.m.

☒ be continued to 4/6/2017 at 10:00 a.m.; or

☐ be vacated.

☒ Or, alternatively, that Defendant's appearance for the review hearing be waived.

Defendant has made timely payments each month and is on track to pay off his fine by March 15, 2017.

DATED: 3/24/2016               *Erin Snider*_____
                               DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The Court orders that the Review Hearing set for April 7, 2016 at 10:00 a.m. be continued to December 1, 2016 at 10:00 a.m. Defendant is ordered to file a status report 14 days prior to the review hearing.

☐ DENIED.

IT IS SO ORDERED.

Dated: **March 29, 2016**                    _____
                                             UNITED STATES MAGISTRATE JUDGE