IN THE UNITED STATES DISTRICT COURT
For The
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>BENJAMIN F. BRADSHAW, )<br>)<br>Defendant. )<br>) | Case No. 1:14-mj-00217-SAB<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

**Convicted of:** Operating a motor vehicle with a blood or breath alcohol concentration of more than 0.08

**Sentence Date:** May 7, 2015 (modified on December 17, 2015)

**Review Hearing Date:** December 1, 2016

**Probation Expires On:** May 6, 2017

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $1,260 which Total Amount is made up of a Fine: $1,250 Special Assessment: $10 Processing Fee: $ Choose an item. Restitution: $

☒ Payment schedule of $75 per month by the 15th of each month (prior to January 15, 2016, it was a payment schedule of $25 per month by the 15th of each month)

☐ **Community Service hours Imposed of:**

☒ **Other Conditions:** Complete a first-time DUI offender course in Nevada

### *COMPLIANCE:*

☐ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**<u>Otherwise:</u>**

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☒ To date, Defendant has paid a total of $925.00
   ☐ If not paid in full when was last time payment:   Date: 10/6/2016
                                                       Amount: $75

☐ To date, Defendant has performed Click here to enter text. hours of community service.

☒ Compliance with Other Conditions of Probation:  Defendant has completed the first-time DUI offender course in Nevada.

## GOVERNMENT POSITION:

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:  Michael G. Tierney, Assistant United States Attorney

## DEFENDANT'S REQUEST (OPTIONAL):

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 12/1/2016 at 10:00 a.m.

☒ be continued to 4/6/2017 at 10:00 a.m.; or

☐ be vacated.

☒ Or, alternatively, that Defendant's appearance for the review hearing be waived.

Defendant has made timely payments each month and is on track to pay off his fine by March 15, 2017.

DATED:  11/7/2016                                                             *Erin Snider*_____
                                                                                            DEFENDANT'S COUNSEL

## O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED.  The Court orders that the Review Hearing set for December 1, 2016 at 10:00 am be continued to April 6, 2017 at 10:00 a.m.  Defendant is ordered to appear and ordered to file a status report 14 days prior to the review hearing.

☐ DENIED.

IT IS SO ORDERED.

Dated:  **November 14, 2016**                                    _____
                                                                                   UNITED STATES MAGISTRATE JUDGE