IN THE UNITED STATES DISTRICT COURT
For The
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br>v.<br><br>BENJAMIN F. BRADSHAW,<br><br>              Defendant. | Case No. 1:14-mj-00217-SAB<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

**Convicted of:** Operating a motor vehicle with a blood or breath alcohol concentration of more than 0.08

**Sentence Date:** May 7, 2015 (modified on December 17, 2015)

**Review Hearing Date:** April 6, 2017

**Probation Expires On:** May 6, 2017

*CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $1,260 which Total Amount is made up of a Fine: $1,250 Special Assessment: $10 Processing Fee: $ Choose an item. Restitution: $

☒ Payment schedule of $75 per month by the 15th of each month (prior to January 15, 2016, it was a payment schedule of $25 per month by the 15th of each month)

☐ **Community Service hours Imposed of:**

☒ **Other Conditions:** Complete a first-time DUI offender course in Nevada

*COMPLIANCE:*

☒ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

    **Otherwise:**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

    If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐ To date, Defendant has paid a total of $
    ☐ If not paid in full when was last time payment:    Date:
                                                                Amount:

☐ To date, Defendant has performed Click here to enter text. hours of community service.

☐   Compliance with Other Conditions of Probation:  Defendant has completed the first-time DUI offender course in Nevada.

## GOVERNMENT POSITION:

☒   The Government agrees to the above-described compliance.

☐   The Government disagrees with the following area(s) of compliance:

Government Attorney:  Assistant United States Attorney Michael Tierney

## DEFENDANT'S REQUEST (OPTIONAL):

In light of the information detailed in this status report, the defendant moves for the following:

☒   that the review hearing set for 4/6/2017 at 10:00 a.m.

   ☐   be continued to          at 10:00 a.m.; or

   ☒   be vacated.

☒   Or, alternatively, that Defendant's appearance for the review hearing be waived.

DATED:  3/14/2017                                  _Erin Snider_____
                                                                    DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒   GRANTED.  The Court orders that the Review Hearing be vacated.

☐   DENIED.

IT IS SO ORDERED.

Dated:  **March 16, 2017**                                  _____
                                                                    UNITED STATES MAGISTRATE JUDGE

CAED (Fresno)- Misd. 6 (Rev. 11/2014)